NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3055

MIGUEL CATALA-MORALES,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board
in NY1221070262-W-1.

ON MOTION

## O R D E R

Upon consideration of the petitioner's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAY - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 8 2009

JAN HORBALY
CLERK

cc:    Elaine Rodriguez-Frank, Esq.
       Courtney E. Sheehan, Esq.

ISSUED AS A MANDATE:    MAY - 8 2009